### In re Raymond L. Rushford

[ 224 A.2d 907 ]

October Term, 1966·

Present: **Holden, C.J., Shangraw, Barney, Smith and Keyser, JJ.**

Opinion Filed December 6, 1966

*Joseph W. Kozlik* for petitioner.

*Robert E. West,* State's Attorney, and *Alan W. Cheever,* Assistant Attorney General, for the State.

**Barney, J.** This is a post-conviction relief proceeding raising the identical issue presented in the case of *In re Davis,* decided at this Term of Court. The cases were argued together. The disposition of that case governs this.

*Judgment affirmed.*